302 U.S. 751
 58 S.Ct. 271
 82 L.Ed. 581
 John JENSEN and Mortimer Bye, petitioners,
v.
Anthony J. LORENZ and Mark H. Wodlinger.*
 No. 522.
 Supreme Court of the United States
 November 22, 1937
 
 Mr. C. Russell Riordon, of Washington, D. C., for petitioners.
 
 
 1
 For opinion below, see 68 App.D.C. 39, 92 F.2d 992.
 
 
 2
 Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.
 
 
 
 *
 Rehearing denied 302 U.S. 780, 58 S.Ct. 366, 82 L.Ed. ——.